THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN DOUGLAS HAMBLIN,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER DENYING MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE**<br><br>Case No. 2:14-cr-00067-DN<br><br>District Judge David Nuffer |

Defendant began his 120-month term of supervised release on February 25, 2021. On July 27, 2021, Defendant filed a Motion to Modify Conditions of Supervised Release (the "Motion").[1] Defendant requests monitored access to the internet, but provides no reasons or justifications for modifying the condition allowing internet access only for approved employment. The Probation Office and Government oppose the Motion because Defendant "has not been on supervision long enough for this change to be appropriate."[2]

Based on the Motion, the Probation Office and Government's opposition to the Motion, and Defendant's completion of only 5 months of his 120-month term of supervised release,

IT IS HEREBY ORDERED that the Motion is DENIED.

Signed July 28, 2021.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[1] Motion to Modify Conditions of Supervised Release ("Motion"), docket no. 39, filed Jul. 27, 2021.

[2] Motion at 2.